# Court of Appeals, State of Michigan

## ORDER

In re Wetsman Estate

Docket No.    317081; 317085

LC No.    2007-309955-DE; 2009-324688-TV

Peter D. O'Connell
Presiding Judge

Stephen L. Borrello

Elizabeth L. Gleicher
Judges

The Court orders that the December 23, 2014 unpublished per curiam opinion is hereby AMENDED to correct a clerical error. The citation found on page three, paragraph 2, line 6 now reads:

"*In re Wetsman Estate*, unpublished opinion per curiam of the Court of Appeals, issued September 20, 2012 (Docket Nos. 292350, 292738, and 301356), unpub op at 11 (*Westman I*), unpub op at 11."

In all other respects, the December 23, 2014 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JAN 15 2015

Date

Chief Clerk